**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | |
| IN RE HON. PAULA GOODHART, *et al.*, | § | FIFTH CIRCUIT CASE NO. 26-20337 |
| | § | |
| Petitioners, | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**HON. LEE H. ROSENTHAL'S RESPONSE**
**TO THE PETITION FOR A WRIT OF MANDAMUS**

The United States Court of Appeals for the Fifth Circuit has invited this court to respond to the petition for a writ of mandamus filed by Hon. Paula Goodhart, Hon. Jessica Padilla, Hon. Leslie Johnson, and Hon. Linda Garcia. The court has reviewed the petition for a writ of mandamus, the motion for a stay pending appeal, the responses, and the replies. The court respectfully declines the invitation to respond to the petition. The court thanks the Fifth Circuit for the invitation to respond.

SIGNED on July 21, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

U.S. COURT OF APPEALS
RECEIVED
**Jul 23, 2026**
FIFTH CIRCUIT